**Exhibit A to the Complaint**

**Location:** Palmyra, PA  **IP Address:** 73.187.43.165
**Total Works Infringed:** 26  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/23/2018 03:16:07 | 03/20/2018 | 04/07/2018 | PA0002091523 |
| 2 | 04BCA2287880FE4DC823F1448169418A8E4C7360 | Tushy | 01/22/2018 03:44:16 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 3 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 02/07/2018 13:30:54 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 4 | 1278F4C4BF0B45678418F6CC8F8844DE4AB68C83 | Tushy | 09/22/2017 03:55:45 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 5 | 2042115E3D27701818D17E6E92823F808A0D4452 | Vixen | 08/28/2017 02:31:55 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 6 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/08/2018 04:28:47 | 01/06/2018 | 01/18/2018 | 16215823819 |
| 7 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/13/2018 18:57:25 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 8 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 07/30/2017 20:43:00 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 9 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 04/04/2018 00:44:33 | 02/03/2018 | 02/07/2018 | 16288499183 |
| 10 | 3C13DFBCED77087173F8CE7A0B2F077D12A321BD | Vixen | 01/19/2018 03:57:36 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 11 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/20/2017 04:25:29 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 12 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 01/01/2018 00:07:37 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 13 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 06/16/2017 03:45:30 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 14 | 5166084D7A0A41643C398FCA03C47F3864D5AA14 | Vixen | 05/22/2017 02:44:37 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 15 | 612F1024AF62D7203A18A850CC4D8A9DD21ADB07 | Vixen | 10/08/2017 05:37:34 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 16 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/11/2017 03:44:05 | 08/08/2017 | 08/18/2017 | PA0002077679 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 08/07/2017 03:53:09 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 18 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 07/02/2017 04:49:51 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 19 | A0F6BF8070A998876C36DED0B2A2F4012225842A | Vixen | 08/07/2017 04:04:18 | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 20 | BD20A2B3640B044D5293D4ED70B33D22882C170C | Vixen | 07/20/2017 01:27:57 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 21 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 10/02/2017 00:31:06 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 22 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 11/28/2017 03:26:44 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 23 | CC4C9F3139A74EA0F73EEEC68EFA9CE5594554F9 | Vixen | 01/01/2018 00:04:46 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 24 | CFD0C2D3763106A496D8DAA4651BD705F0607C03 | Vixen | 02/12/2018 01:09:24 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 25 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 08/07/2017 03:50:58 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 26 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 03:58:42 | 09/21/2017 | 10/10/2017 | PA0002086168 |